1

Jan P. Johnson
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P.O. Box 1708
Sacramento, CA 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Re:  KENNY E CHRISTIAN                    )    CASE NO. 10-27720 A13
                                          )
                                          )
                                          )    ORDER APPROVING TRUSTEE'S
                                          )     FINAL REPORT AND ACCOUNT
                                          )    AND DISCHARGING TRUSTEE
                      Debtor(s)           )

Upon consideration of the Final Report and Account of Jan P. Johnson, Standing Chapter 13
Trustee in the above referenced matter, and after notice to parties in interest with any timely
filed objections having been resolved,

IT IS HEREBY ORDERED that the Final Report and Account of the Trustee is approved.

IT IS FURTHER ORDERED that Jan P. Johnson is hereby discharged as Trustee of the above
named Debtor(s).

Dated: September 16, 2015                      By the Court

                                               Michael S. McManus
                                               United States Bankruptcy Judge

RECEIVED
September 15, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005620971